# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

154994 & (69)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT TAYLOR,
        Defendant-Appellant.

SC:  154994
COA:  325834
Macomb CC:  2009-005243-FC

_____/

By order of April 5, 2019, the application for leave to appeal the September 22, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Masalmani* (Docket No. 154773).  On order of the Court, leave to appeal having been denied in *Masalmani* on May 29, 2020, 505 Mich ___ (2020), the application is again considered.  The motion for leave to file a supplemental application and for an extension of time to file that application is DENIED.  It appearing to this Court that the case of *Jones v Mississippi*, cert gtd ___ US ___; 140 S Ct 1293; 206 L Ed 2d 374 (March 9, 2020) (Docket No. 18-1259), is pending on appeal before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk

t1014